UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LEONARD & LEONARD, P.A.
A Professional Association
165 Washington Street
Morristown, New Jersey  07960
Tel. No. (973)984-1414
Attorneys for Plaintiff(s)

| | |
|---|---|
| LINDA FAHMIE ARNOLD, | : |
| Plaintiff, | : Civil Action No.<br>: 3:08-cv-04125 MLC-TJB |
| vs. | : |
| BOROUGH OF PRINCETON,<br>BOROUGH OF PRINCETON,<br>POLICE DEPARTMENT; CHIEF<br>ANTHONY V. FEDERICO,<br>OFFICER ADAM BASATEMUR,<br>JOHN DOES (1-10)<br>unknown defendants, | : STIPULATION OF DISMISSAL |
| Defendants, | : |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the Complaint be and hereby is dismissed without costs and with prejudice, as to all defendants.

LEONARD & LEONARD, P.A.
Attorneys for plaintiffs

BY: _____
Scott G. Leonard, ESQ.


LENOX, SOCEY, WILGUS &
FORMIDONI
Attorneys for Defendant
Borough of Princeton, Borough
Of Princeton Police Dept.

By: _____
GEORGE WILGUS, III, Esq.

HERBERT, VAN NESS, CAYCI & GOODELL
Attorneys for Defendant
Chief Anthony Federico and
Officer Adam Bastemur

By: _____
    MICHAEL D. W. HERBERT, ESQ.

DATED: August 3, 2009